
RECEIVED
IN LAKE CHARLES, LA


APR 10 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HAROLD GLEN RHODES AND MAURINE STELLY RHODES | : | DOCKET NO. 05 CV 0099 |
| VS. | : | JUDGE MINALDI |
| UNITED STATES DEPARTMENT OF AGRICULTURE | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED, and DECREED, that the Rhodes' motion for summary judgment [doc. 17] be GRANTED, the USDA's motion for summary judgment [doc. 15] be DENIED, and the USDA's final decision be reversed and remanded with instructions for the Agency to act in accordance with 7 U.S.C. § 7217.

Lake Charles, Louisiana, this __31__ day of March, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE