
RECEIVED
IN LAKE CHARLES, LA
JUN 2 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **HAROLD GLEN RHODES AND MAURINE STELLY RHODES** | : | **DOCKET NO. 2:05 CV 0099** |
| VS. | : | JUDGE MINALDI |
| UNITED STATES DEPARTMENT OF AGRICULTURE | : | MAGISTRATE JUDGE WILSON |

## ORDER

IT IS ORDERED that the Motion to consider filed by the United States Department of Agriculture IS DENIED. The court in *Cornish v. Texas Bd. of Criminal Justice Office of the Inspector General,* 141 Fed.Appx. 298, 299, 2005 WL 1704459, **1 (C.A.5 (Tex. (C.A.5 (Tex.), 2005) found that, under Fed. R. Civ. P. Rule 59, a motion to reconsider should be treated as a motion to alter or amend the judgment, requiring the motion to be filed no later than 10 days after the entry of the judgment. The Judgment in this case was filed March 31, 2006. This Motion to Reconsider was not filed until April 20, 2006. This motion is untimely.

Additionally, in its motion for reconsideration, the defendant fails to fulfill its burden under Rule 59(e). Nothing in the defendant's motion demonstrates that the motion is necessary to correct a manifest error of law or fact, that the defendant is presenting newly discovered or previously unavailable evidence, that the motion is necessary in order to prevent manifest injustice, or that the

motion is justified by an intervening change in controlling law.[1]

Lake Charles, Louisiana, this ___ day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] *Fidelity & Deposit Co. v. Omni Bank*, 1999 WL 970526, at *3 (E.D. La. Oct. 21, 1999); *Crescent City Dealership, L.L.C. v. Mazda Motor of America, Inc.*, 2000 WL 1727557, *2 (E.D. La., 2000).